******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the latest version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

MULLINS, J., concurring. I agree with the result. In the present case, it was the child who originally sought posttermination visitation. The child consistently requested posttermination visitation throughout the termination proceeding and joins the respondent's appeal, asserting that the trial court has authority to consider that request for posttermination visitation. For that reason, I agree with the majority that the court in the present case had the authority to consider posttermination visitation orders under General Statutes § 46b-121 (b) (1).

Accordingly, I concur in the majority opinion.

———————————————